IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Topeka Docket)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   16-40031-01/02-DDC |
| | ) | |
| **JAMES BARAY**, | ) | |
| **FRANCISCO JAVIER GANDARILLA**, | ) | |
| **and CHAD KLEPPIN**, | ) | |
| | ) | |
| Defendants. | ) | |

INDICTMENT

The Grand Jury charges that:

Count 1

Beginning on a date unknown, prior to April 1, 2016, and continuing until May 2, 2016,

in the District of Kansas and elsewhere, the defendants,

**JAMES BARAY**,
**FRANCISCO JAVIER GANDARILLA**, and
**CHAD KLEPPIN**,

did knowingly and intentionally combine, conspire, and agree, with each other, and with other

persons whose identities are both known and unknown, to distribute and possess with intent to

distribute more than 50 grams of methamphetamine, a Schedule II controlled substance, which

quantity was reasonably foreseeable to each of them, in violation of Title 21, United States Code,

Section 846, with reference to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A),

and  Title 18 United States Code, Section 2.

**A TRUE BILL**


May 4, 2016                                    s/ Foreperson
Date                                           Foreperson of the Grand Jury


Duston J. Slinkard, #21294, for
Thomas E. Beall, # 19929
Acting United States Attorney
District Of Kansas
444 SE Quincy, Suite 290
Topeka, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853
thomas.beall@usdoj.gov

[It is requested that trial be held in Topeka, Kansas.]