# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
                    **Plaintiff,**

**vs.**                                                    **Case No. 16-40031-DDC**

**JAMES BARAY (01),**
**FRANCISCO JAVIER GANDARILLA (02),**
**CHAD KLEPPIN (03),**
**KARLA DALEY (04),**
**JAMES CREECH (05),**
**ALLEN MILLARD (06),**
**NICOLE KERN (07),**
**RAFAEL ANTONIO GANDARILLA (08),**
                    **Defendants.**

## SECOND SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

### CONSPIRACY TO DISTRIBUTE A CONTROLLED SUBSTANCE

Beginning on a date unknown, prior to October 1, 2015, and continuing until

May 2, 2016, in the District of Kansas and elsewhere, the defendants,

**JAMES BARAY,**
**FRANCISCO JAVIER GANDARILLA,**
**CHAD KLEPPIN,**
**KARLA DALEY,**
**JAMES CREECH,**
**ALLEN MILLARD,**

**NICOLE KERN,** and
**RAFAEL ANTONIO GANDARILLA**

did knowingly and intentionally combine, conspire, and agree, with each other, and with other persons whose identities are both known and unknown, to distribute and possess with intent to distribute more than 500g of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, which quantity was reasonably foreseeable to each of them, in violation of Title 21, United States Code, Section 846, with reference to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.

## COUNT 2

### KIDNAPPING

On or about the 1st day of May, 2016 in the District of Kansas, the defendants,

**JAMES BARAY,**
**FRANCISCO JAVIER GANDARILLA,**
**CHAD KLEPPIN,**
**KARLA DALEY,** and
**NICOLE KERN,**

did unlawfully, knowingly, and willfully kidnap, abduct, carry away, seize, confine, inveigle, decoy and hold for ransom, reward, and otherwise Bradley Madison, a person assisting an officer or employee of the United States Drug Enforcement Administration in the performance of that officer's or employee's official duties and on the account of that assistance and without his consent in violation of Title 18, United States Code, Sections 1201(a)(5) and 1114 with reference to Title 18, United States Code, Section 2.

## COUNT 3

### USE OF A FIREARM IN FURTHERANCE OF A CRIME OF VIOLENCE

On or about the 1st day of May, 2016, in the District of Kansas, the defendants,

**JAMES BARAY,** and
**FRANCISCO JAVIER GANDARILLA,**

did knowingly and intentionally possess a firearm to wit:

a Glock, Model 22, .40 caliber handgun, bearing serial number BAHT792

in furtherance of a crime of violence for which they may be prosecuted in a court of the United States, to wit: kidnapping as charged in Count 2, above, in violation of Title 18, United States Code, Section 924 (c)(1)(A).

## COUNT 4

### USE OF A FIREARM IN FURTHERANCE OF A CRIME OF VIOLENCE

On or about the 1st day of May, 2016, in the District of Kansas, the defendant,

**CHAD KLEPPIN,**

did knowingly and intentionally possess a firearm to wit:

a Glock, Model 22, .40 caliber handgun, bearing serial number NPW356,

in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, to wit: kidnapping as charged in Count 2, above, in violation of Title 18, United States Code, Section 924 (c)(1)(A).

## FORFEITURE NOTICE

1.    The allegations contained in Counts 1, 2, 3, and 4 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title18, United States Code, Section 924(d), Title 21, United States Code, Section 853(a)(2), and Title 28, United States Code, Section 2461(c).

2.    Upon conviction of the offenses alleged in Count 1 of this Indictment, the defendants,

**JAMES BARAY,**
**FRANCISCO JAVIER GANDARILLA,**
**CHAD KLEPPIN,**
**KARLA DALEY,**
**JAMES CREECH,**
**ALLEN MILLARD,**
**NICOLE KERN,** and
**RAFAEL ANTONIO GANDARILLA,**

shall forfeit to the United States of America any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of the violation charged in Count 1; any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation charged in Count 1.  The property to be forfeited shall include, but is not limited to, any real property, including things growing on, affixed to, and found in land; and tangible and intangible personal property, including rights, privileges, interests, claims, and securities.

3. Upon conviction of the offenses alleged in Count 3 and 4 of this Indictment, the defendants,

**JAMES BARAY,**
**FRANCISCO JAVIER GANDARILLA,** and
**CHAD KLEPPIN,**

shall forfeit to the United States any firearms or ammunition used in the commission of Counts 3 or 4.  The property to be forfeited includes, but is not

limited to the Glock Model 22, .40 caliber handguns, bearing serial numbers BAHT792 or NPW356, and accompanying ammunition.

4. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461(c), and a money judgment pursuant to Title 21, United States Code, Section 853.

All pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853(a)(2), and 28 U.S.C. § 2461(c).

## A TRUE BILL.

July 27, 2016                          *s/Foreperson*
DATE                                   FOREPERSON OF THE GRAND JURY


 Skipper  Jacobs  #26848
for Thomas E. Beall, #19929
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
444 SE Quincy, Suite 290
Topeka, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853
Thomas.beall@usdoj.gov
[It is requested that trial be held in Topeka, Kansas.]