IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 16-40031-DDC |
| ) | |
| JAMES BARAY, et al, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## NOTICE OF ADMINISTRATIVE FORFEITURE

COMES NOW the United States by and through Stephen R. McAllister, United States Attorney for the District of Kansas and Aaron L. Smith, Assistant United States Attorney, and respectfully advises the Court that the firearms identified in the First Superseding Indictment filed herein on June 29, 2016 (Doc. 46) has been administratively forfeited by Alcohol, Tobacco, Firearms and Explosives (ATF).   Accordingly, no further action is needed in this case.

Respectfully Submitted,

STEPHEN R. McALLISTER
United States Attorney
District of Kansas

/s/Aaron L. Smith
AARON L. SMITH, #20447
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Fax: (316) 269-6484
aaron.smith3@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that on August 5, 2019, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/Aaron L. Smith
AARON L. SMITH, #20447
Assistant United States Attorney