**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 16-40031-01-DDC** |
| **JAMES BARAY,** | |
| **Defendant.** | |

## ORDER

This matter is before the court on Mr. Baray's Unopposed Motion for Early Termination of Supervised Release (Doc. 337) filed on December 18, 2024.  The court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."  18 U.S.C. § 3583(e)(1).  The court has considered the applicable factors set forth in 18 U.S.C. § 3553(a) and the position of the United States Attorney.  For substantially the reasons stated in Mr. Baray's Unopposed Motion for Early Termination of Supervised Release (Doc. 337), the court finds that Mr. Baray's term of supervised release should be terminated.

**IT IS THEREFORE ORDERED** that Mr. Baray's Unopposed Motion for Early Termination of Supervised Release (Doc. 337) is granted.  The court terminates the remaining term of Mr. Baray's supervised release.  Mr. Baray is discharged.

**IT IS SO ORDERED.**

Dated this 20th day of December 2024, at Kansas City, Kansas.

s/ Daniel D. Crabtree
Daniel D. Crabtree
United States District Judge